UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEYLA ANE RITCHENS,

                                   **Plaintiff,**                              23-CV-02018 (LAK)(SN)

          -against-                                              **ORDER**

**FFE TRANSPORTATION SERVICES, et al.,**

                                   **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A notice of removal was filed in this action on March 9, 2023. Defendants did not annex an answer to that notice, and therefore their answer was due March 16, 2023. See Fed. R. Civ. P. 81(c)(2)(C). To date, no answer has been filed. Defendants are directed to respond to the complaint no later than March 31, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 27, 2023
               New York, New York