UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHEYLA ANE RITCHENS,

                              **Plaintiff,**                      23-CV-02018 (LAK)(SN)

    -against-                                 **ORDER**

FFE TRANSPORTATION SERVICES, et al.,

                              **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties were to file a joint status letter no later than June 19, 2023. See ECF No. 15. To date, no such letter has been filed. The parties are again directed to file a joint status letter no later than July 5, 2023.

**SO ORDERED.**

*[signature]*
SARAH NETBURN
United States Magistrate Judge

DATED:     June 27, 2023
                New York, New York