UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHEYLA ANE RITCHENS,

                         Plaintiff,                    23-CV-02018 (SN)

    -against-                             ORDER

FFE TRANSPORTATION SERVICES, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the Court's May 30, 2024 Order, the Plaintiff was required to either file a Notice of *Pro Se* Appearance or obtain new counsel by June 27, 2024. To date, no notice of appearance has been made. Accordingly, the Plaintiff shall either file a Notice of *Pro Se* Appearance or obtain new counsel by July 15, 2024.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      July 10, 2024
                   New York, New York