UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2024
```

SHEYLA ANE RITCHENS,

                                    Plaintiff,                        23-CV-02018 (SN)

                                                                      **ORDER OF DISMISSAL**

             -against-


FFE TRANSPORTATION SERVICES, et al.,


                                    Defendants.
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the parties' settlement, it is ORDERED that this action is dismissed, provided,

that within forty-five (45) days of this Order, Plaintiff may apply by letter to restore this action to

this Court's calendar, in which event the action will be restored. The Clerk of Court is

respectfully directed to close this case.

**SO ORDERED.**


                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:

             New York, New York
             August 8, 2024